IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY FISTZGILES, | § | |
| | § | |
| Defendant Below, | § | No. 350, 2025 |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 2108007590 (N) |
| | § | |
| Appellee. | § | |

Submitted: October 7, 2025
Decided: December 18, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the opening brief, motion to affirm, and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of the Superior Court's July 30, 2025 order denying the appellant's motion for correction of illegal sentence.[1]

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED, and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *State v. Fistzgiles*, 2025 WL 2172296 (Del. Super. Ct. July 30, 2025).